UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

O'NEIL SCOTT
       Petitioner,

         v.

UNITED STATES OF AMERICA
       Respondent.

Case No: 19-cv-3322

MOTION TO COMPEL GOVERNMENT'S RESPONSE ON PETITIONER'S § 2255

---

> The Government is directed to file an affidavit of service of its February 26, 2020, letter upon Petitioner on or before May 9, 2020. In the alternative, the Government is directed to serve the Petitioner with its letter of February 26, 2020, on or before May 16, 2020, and file an affidavit of service of the letter within 7 days of service. Petitioner has 30 days from the date of service to respond to the Government's February 26, 2020, letter. The Clerk's Office is directed to mail a copy of this endorsement to the pro se petitioner.
>
> **SO ORDERED:**
>
> /s/ Vernon Broderick
> HON. VERNON S. BRODERICK  5/4/2020
> UNITED STATES DISTRICT JUDGE

---

    COMES NOW the petitioner O'Neil Scott, Pro Se, and hereby moves this Honorable Court for an order compelling the Government to respond to his § 2255. In on‌around June 2019, the Court issued an Order for former counsel to submit an affidavit affirming or denying the allegations of claimed ineffective assistance. The government recieved an extended period so as to plead a defense but has not done so to date. The Government has not sought leave, or permission from the Court for such an inordinate delay of over 30 days.

    Therefore the Court should compel and answer from the government or issue a Default Judgement in favor the petitioner.

    And any such relief that the Court deems just and proper.

                                       Respectfully,

                                       x O. Scott

NAME/NUMBER: Oneill Scott #66195-019
CORRECTION COMPLEX-ALLENWOOD Medium
2000
ER, PA 17887

HARRISBURG PA 171
26 MAR 2020 PM 3 L


USM P3 SDNY MAIL
MAR 18 2020

⇔66195-019⇔
United States Dist Court
500 Pearl ST
Clerk OF Courts
NEW YORK, NY 10007
United States

10007-131608