UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
ONEIL SCOTT,

       Petitioner,

   -against-

UNITED STATES OF AMERICA,

       Respondent.
-------------------------------------------------------- X

19-CV-3322 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

  The Clerk of the Court is respectfully directed to mail a copy of the Opinion & Order entered at Doc. 20 to *pro se* Plaintiff at his new address of record:

O'Neil Scott 66195-019
FCI Ray Brook
P.O. Box 900
Ray Brook, NY 12977

SO ORDERED.

Dated: September 7, 2023
    New York, New York

                   *[signature]*
                   Vernon S. Broderick
                   United States District Judge